UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOAN ANH LUONG,<br><br>　　　　　　　　　　Petitioner,<br><br>v.<br><br>KRISTI NOEM, *et al.*,<br><br>　　　　　　　　　　Respondents. | Case No.:  26-cv-202-JO-KSC<br><br>**ORDER GRANTING PETITIONER'S HABEAS PETITION [DKT. 1]; DENYING PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER AS MOOT [DKT. 2]** |

Petitioner Toan Anh Luong ("Petitioner") filed a petition for writ of habeas corpus [Dkt. 1] and a motion for temporary restraining order [Dkt. 2].  The Court held oral argument on January 27, 2026.  For the reasons stated on the record, the Court ORDERS as follows:

(1) The Court GRANTS Petitioner's habeas petition [Dkt. 1] on the first claim for relief, brought under *Zadvydas* and the Fifth Amendment Due Process Clause. The Court DENIES Petitioner's motion for temporary restraining order as moot [Dkt. 2].

(2) Respondents are ORDERED to release Petitioner by 5 p.m. on January 28, 2026 under the same conditions as his prior release under an order of supervision, and to file an affidavit confirming Petitioner's release by 5 p.m. on January 29, 2026.

(3) Respondents are ENJOINED from removing Petitioner from the United States or this District, or from redetaining him unless (1) Petitioner violates a condition of his release or (2) the government has obtained travel documents for Petitioner and made concrete arrangements for his flight in the reasonably foreseeable future.

(4) Respondents must file a written declaration with this Court that it has satisfied these conditions at least 48 hours **prior** to any redetention to allow Petitioner an opportunity to challenge any further unlawful detention.

**IT IS SO ORDERED.**

Date: January 27, 2026

_____

Honorable Jinsook Ohta
United States District Judge